UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Curry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12278-DRH |
| *Emily Gerber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10291-DRH |
| *Michelle Migneron v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10207-DRH |
| *Marta Montgomery v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11204-DRH |
| *Jillian Peterson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10095-DRH |
| *Deborah Rhodes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10577-DRH |
| *Haylie Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10372-DRH |
| *Anabel Vargas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10396-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 7, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                  JUSTINE FLANAGAN,
                                                  ACTING CLERK OF COURT

                                                  BY: /s/*Caitlin Fischer*
                                                         Deputy Clerk

**Dated:** July 7, 2014

Digitally signed by David R. Herndon
Date: 2014.07.07 22:46:05 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**